**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **FELICIA HOLLINS,** | **Case No.:  1:24-cv-07664** |
| **Plaintiff,** | **NOTICE OF CROSS-MOTION TO AMEND** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | **Honorable Andrea R. Wood** |
| **Defendant.** | |

 **PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff Felicia Hollins hereby cross-moves before the Honorable Andrea R. Wood, U.S.D.J., for an Order pursuant to FRCP 15 granting the Plaintiff leave to file a Second Amended Complaint and for such other relief as this Court deems just and proper.

 **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Declaration and Exhibits in Support of his Motion.

 **PLEASE TAKE FURTHER NOTICE** that on November 13, 2024, counsel for the Plaintiff conferred with counsel for the Defendant to obtain their consent to the relief requested herein.  Counsel for Defendant has nevertheless advised that they are opposed to the relief requested herein.

Dated: November 14, 2024

     By:__/s/ Yitzchak Zelman_____
     Yitzchak Zelman, Esq.
     Marcus Zelman, LLC.
     701 Cookman Avenue, Suite 300
     Asbury Park, New Jersey 07712

Phone:      (732) 695-3282
Fax:          (732) 298-6256
*Attorney for the Plaintiff*
*Felicia Hollins*