# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FELICIA HOLLINS,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 1:24-cv-07664<br><br>Hon. Andrea R. Wood |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF OR, ALTERNATIVELY, A COMPLIANT SUBSTITUTE BRIEF

Defendant Experian Information Solutions, Inc., ("Experian") does not oppose Plaintiff's requested relief for leave *nunc pro tunc* to include up to five additional pages in her filed Response in Opposition to Experian's Motion to Dismiss for Failure to State a Claim (ECF 24). Experian, however, does oppose Plaintiff's requested alternative relief to file a substitute brief given Experian has already filed a compliant reply brief responding to Plaintiff's original arguments.

Dated: March 21, 2025

Respectfully submitted,

*/s/ Oren R. Depp*
JONES DAY
Oren R. Depp, Bar No. 6345841
odepp@jonesday.com
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:	+1.312.269.4208

*Counsel for Defendant Experian*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

        Respectfully submitted,

        */s/ Oren R. Depp*