IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FELICIA HOLLINS,** | Case No.: 1:24-cv-07664 |
| **Plaintiff,** | |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The Parties jointly submit the following status report pursuant to this Court's Order [Doc. No. 23]:

Experian's Motion to Dismiss is pending and fully briefed before this Court.

In the meantime, the Parties have served discovery requests on each other, responses to which are not yet due. The parties are presently unaware of any discovery disputes that would require the Court's attention. The Parties anticipate jointly moving for a protective order.

Plaintiff is amenable to a Settlement Conference. Experian believes a Settlement Conference with a magistrate judge would be productive once the Court rules on its pending Motion to Dismiss to resolve any remaining claims.

The parties do not request a Status Hearing to be set at this time.

Dated: April 28, 2025

Respectfully submitted,

By:__/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
Marcus Zelman, LLC.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:      (732) 695-3282
*Attorney for the Plaintiff*


/s/ Oren Depp
Jones Day
110 N Wacker Dr
Chicago, IL 60606
(312) 269-4208
Email: odepp@jonesday.com
*Attorney for Defendant,*
*Experian Information Solutions, Inc.*